THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINOD PATEL, Appellant. [947 NYS2d 901]

The defendant has established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Angiolillo, J.P., Dickerson, Belen and Chambers, JJ., concur.